___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALMA L. SARABIA and JUAN A. SARABIA, )
        Plaintiffs, )
    v. )     3:11-cv-810-RCJ-VPC
SIERRA PACIFIC MORTGAGE COMPANY, )     **ORDER**
INC., et al., )
        Defendants. )

Currently before the Court is a Motion to Expunge Lis Pendens (#32).

## DISCUSSION

In November 2011, Plaintiffs Alma Sarabia and Juan A. Sarabia filed a second amended complaint ("SAC")[1] in this Court. (SAC (#8)). In the SAC, Plaintiffs sued Sierra Pacific Mortgage Company, Inc.; Greenhead Investments, Inc.; BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP; and Federal Home Loan Mortgage Corp. (*Id.* at 1). In the SAC, Plaintiffs alleged causes of action for: (1) declaratory relief; (2) violation of Truth in Lending Act ("TILA"), 15 U.S.C. § 1641(f)(2); (3) debt collection violations, NRS § 649.370; (4) unfair and deceptive trade practices; (5) quiet title; (6) rescission, mistake, and void agreement; and (7) cancel notices of default and trustee's deed upon sale based on wrongful foreclosure. (*Id.* at 3-14).

In March 2012, Defendants Bank of America and Federal Home Loan Mortgage Corp.

---

[1] The second amended complaint is mislabeled as the "First Amended Complaint." (*See* SAC (#8) at 1). Plaintiffs filed a notice of errata stating that the document entitled "First Amended Complaint" was improperly titled and should have stated "Second Amended Complaint." (Notice of Errata (#10) at 1).

(collectively "Defendants") filed a motion to dismiss the complaint in its entirety. (See Mot. to Dismiss (#18)). On July 9, 2012, this Court granted the motion to dismiss all causes of action without leave to amend. (Order (#27) at 6-9). The Court also *sua sponte* dismissed the remaining defendants in the case. (*Id.* at 9). The Clerk of the Court entered judgment in the case. (Judgment (#28) at 1).

Defendants now file a motion to expunge lis pendens. (Mot. to Expunge (#32) at 1). Plaintiffs did not file a response. (*See* Notice of Non-Opp'n (#33) at 1). The Court grants the motion to expunge lis pendens because there are no remaining claims left in this case.

## CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Motion to Expunge Lis Pendens (#32) is GRANTED.

DATED: This 17th day of May, 2013.

_____
United States District Judge